# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAMES PATRICK DONOGHUE, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 23-cv-00157 (TSC) |
| | : | |
| NATIONAL ARCHIVES AND | : | |
| RECORDS ADMINISTRATION, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the Defendants' Motion for Summary Judgment, ECF No. 25, is **GRANTED**, and it is

**FURTHER ORDERED** that Plaintiff's Cross-Motion for Summary Judgment, ECF No. 31, is **DENIED**.

This is a final appealable Order.  *See* Fed. R. App. P. 4(a).

Date:  September 23, 2024

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge